IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOLOGIAS AVANZADAS RD, SRL,<br><br>Plaintiff,<br><br>v.<br><br>DELSEY ALVAREZ VASQUEZ RIEGLER,<br><br>Defendant. | Case No. 16-cv-06701-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 23 |

Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed June 1, 2017, by which she recommends granting plaintiff's motion for default judgment and issuing a permanent injunction. No objections to the recommendation have been filed.

Having reviewed, de novo, the motion and the recommendation, the Court hereby ADOPTS the recommendation in its entirety and rules as follows:

1. Plaintiff Tecnologias Avanzadas RD, SRL's motion for default judgment is hereby GRANTED.

2. Defendant Delsy Alvarez Vasquez Riegler, his officers, agents, servants, employees, and all persons in active concert or participation with him, are hereby permanently ENJOINED from reproducing, displaying, or performing, in whole or in part— whether on YouTube or elsewhere in the United States—the videos "Crazy Design Anuncia cuando se casa con Sandra Berrocal!" and "Desde el Primer Dia Cheddy Pone 'Clara' a la Nueva Presentadora de Más Roberto," whose copyright is owned by plaintiff and which are the subject of the copyright infringement claim in the complaint in the above-titled action.

The Clerk is directed to enter final judgment consistent with this order.

**IT IS SO ORDERED.**

Dated: June 26, 2017

_____
MAXINE M. CHESNEY
United States District Judge