UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOLOGIAS AVANZADAS RD, SRL, <br> Plaintiff. <br> v. <br> DELSEY ALVAREZ VASQUEZ RIEGLER, <br> Defendant. | Case No. 3:16-cv-06701-MMC <br><br> **JUDGMENT IN A CIVIL CASE** <br> Re: Dkt. No. 25 |

**( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

**Plaintiff Tecnologias Avanzadas RD, SRL's motion for default judgment is hereby GRANTED.**

**Defendant Delsy Alvarez Vasquez Riegler, his officers, agents, servants, employees, and all persons in active concert or participation with him, are hereby permanently ENJOINED from reproducing, displaying, or performing, in whole or in part - whether on YouTube or elsewhere in the United States-the videos "Crazy Design Anuncia cuando se casa con Sandra Berrocal!" and "Desde el Primer Dia Cheddy Pone Clara a la Nueva Presentadora de Mas Roberto," whose copyright is owned by plaintiff and which are the subject of the copyright infringement claim in the complaint in the above-titled action.**

Dated: 6/26/2017

Susan Y. Soong, Clerk

*L. Scott*

Lashanda Scott
Deputy Clerk